No. 95–5624.   PRICE v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 95–5626.   ORLANDER v. UNITED STATES PAROLE COMMISSION.   C. A. 3d Cir.   Certiorari denied.

No. 95–5629.   TAY CHU, AKA CHU TAY THUONG v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 95–5632.   HERNANDEZ v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 95–5634.   GONZALEZ v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 95–5638.   McWILLIAMS v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 95–5639.   MOHANLAL v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 95–5640.   JOSEPH v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 95–5641.   JONES v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 95–5648.   POTES v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 95–5652.   STOKELY v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 95–5657.   SCOTT v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 95–5658.   OWENS v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 95–5660.   LaFUENTE ET AL. v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 95–5662.   McCORMICK v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 95–5664.   JONES v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.